DONGGUAN BON TEN FURNITURE CO., LTD., Plaintiff, v. UNITED STATES, Defendant, and AMERICAN FURNITURE MANUFACTURERS COMMITTEE FOR LEGAL TRADE and VAUGHN-BASSETT FURNITURE, CO., INC., Defendant-Intervenors.

Court No. 09–00396

### JUDGMENT

RESTANI, Chief Judge: Upon consideration of the remand results filed pursuant to the Court's grant of the Government's motion for voluntary remand, plaintiff's comments upon the remand results, defendant's response, and all other pertinent papers, it is hereby

ORDERED that the remand results are sustained; and it is further

ORDERED liquidation of any unliquidated entries covered by this action shall occur in accordance with the final conclusive decision in this matter pursuant to 19 U.S.C. § 1516a(e).